

# Thomas J. Gaffney

Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102

March 18, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re:   SYRACUSE, MARK C.                          /Case # 00-11251
      Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

        Enclosed please find my Trustee's check in the amount of $. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

     X    I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), and/or checks have not been cashed

        The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant  Jeff J. Pioszek                Amount $ 715.70      Claim Register #        37

F I L E D

MAR 1 8 2011

BANKRUPTCY COURT
BUFFALO, N.Y.

THOMAS J. GAFFNEY
Trustee