# Thomas J. Gaffney

Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102

March 18, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

    Re:    SYRACUSE, MARK C.    /Case # 00-11251
        Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    __X__    I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), and/or checks have not been cashed

    _____    The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

    Claimant __Christopher Simmons__    Amount $ __67.35__    Claim Register # __31__

                                        */s/ Thomas J. Gaffney*
                                        THOMAS J. GAFFNEY
                                        Trustee

[FILED MAR 18 2011 BANKRUPTCY COURT BUFFALO, N.Y.]